UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re								Chapter 11


Willoughby Estates LLC				Case No. 19- 45886 (CEC0


					Debtor

-------------------------------------------------------X


## LIST OF EQUITY SECURITY HOLDERS


The following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case.


| Name and last known address or place of business of holder | Security Class/ Number of Securities | Kind of Interest |
|---|---|---|
| CSRE LLC | 48.25% | Membership Interest |
| Willoughby Estates Operations LLC | 45.0% | Membership Interest |
| Jacob Schonberg , Israel | 1.35% | Membership interest |
| Bertha Schonberg,   Israel | 1.35% | Membership interest |
| Benjamin Schonberg  Israel | 3.6% | Membership interest |
| Binyomin Mordechai Halpern Israel | 0.45% | Membership interest |