UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                                                    Chapter 11

    WILLOUGHBY ESTATES LLC

                              Debtor              Case No. 19-45886 (CEC)

--------------------------------------------------------X

## OBJECTION TO CLAIM #5 of COMMINGLING CLAIMANTS

        Willoughby Estates LLC (the "Debtor"), by its attorneys, Nutovic & Associates,

as and for its motion ("Motion") under section 502(a) of the Bankruptcy Code for the entry of an

order expunging or reclassifying Claim #5 filed in this case respectfully represents as follows:

### BACKGROUND

        1.        On April 24, 2017 the Debtor, among others, was sued in an action

styled *Schonberg Et al v. Strulovitch et a* , 17 Civ. 2161 in the United States District Court for

the Eastern District of New York (the "Federal Action"). In the Federal Action plaintiffs sued

multiple defendants alleging a Ponzi scheme orchestrated principally by Yechezkel Strulovitch

("Strulovitch"). The plaintiffs included limited liability companies and individual members of

those limited liability companies. After the defendants filed a motion to dismiss the Federal

Action, the District Court either dismissed or referred certain claims to arbitration which formed

the predicate for federal jurisdiction; it then declined to exercise supplemental jurisdiction over

the balance of the state court claims.  The plaintiffs in the Federal Action have filed a motion for

leave to file a third amended complaint which is pending.

        2.        At the time of the commencement of the Federal Action, CSRE LLC,

was the manager of the Debtor.

3.        On September 26, 2019, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code. Just prior to the petition being filed, the majority of the holders of membership interests in the Debtor voted to remove CSRE LLC as manager.

4.        After the Debtor's case was commenced the Debtor was severed from the Federal Action. On January 17, 2020, certain of the Federal Action plaintiffs including over 130 individuals (the "Individual Claimants") and 23 entities (the "LLC Claimants")(collectively, the "Commingling Claimants") filed claim #5 (the "Claim")(copy annexed as Exhibit A) against the Debtor, substantially mirroring the allegations in the Federal Complaint in a Statement of Claim. The amount of the Claim is listed as unknown.

5.        The Claim appends no documents or evidentiary material. The Debtor objects to the Claim and demands that the Commingling Claimants produce documents and other evidentiary material substantiating the allegations made in the Statement of Claim as against the Debtor, failing which it should be expunged. The Debtor also demands that the Commingling Claimants produce evidence quantifying, as against the Debtor, the amount of their Claim.

6.        The Debtor requests subordination of the LLC Claimants' Claim pursuant to 11 U.S.C. §510(b) to the extent it arises from the purchase of a security of the Debtor or of an affiliate of the Debtor.

[DELIBERATELY BLANK]

## **CONCLUSION**

WHEREFORE, the Debtor respectfully requests that the Court grant the

Motion expunging or reclassifying the Claim and grant such other relief as may be just

and proper.

Dated: Brooklyn, New York
     April 6, 2020

                                   Nutovic & Associates

                                   By: *s/Isaac Nutovic*
                                     Isaac Nutovic
                                 261 Madison Avenue 26th Floor
                                 New York, N.Y. 10016
                                   (212) 421-9100
                                 inutovic@nutovic.com

FILED

**U.S. Bankruptcy Court**
**Eastern District of New York**

1/17/2020

**Robert A. Gavin, Clerk**

**Fill in this information to identify the case:**

Debtor 1    Willoughby Estates LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **Eastern District of New York**

Case number:  **19–45886**

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must **leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Borch Angel, et al. (See Exhibit A for full list) <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Borch Angel, et al. (See Exhibit A for full list) <br> Name <br><br> Bronstein, Gewirtz, Attn: Y.E. Soloveichik <br> 60 East 42nd Street, Suite 4600 <br> New York, NY 10165 <br><br> Contact phone    646–382–7160 <br> Contact email    soloveichik@bgandg.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br> **Where should payments to the creditor be sent?** (if different) <br> Name <br><br> Contact phone <br> Contact email |
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____ <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| 6.Do you have any number you use to identify the debtor? | ☑ No |
| | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

**7.How much is the claim?** $ unknown

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

See Exhibit B–Statement of Claim.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

**10.Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11.Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

---

Official Form 410 · Proof of Claim · page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     1/17/2020

MM / DD / YYYY

/s/  Yitzchak Eliezer Soloveichik

Signature

Print the name of the person who is completing and signing this claim:

Name     Yitzchak Eliezer Soloveichik

First name     Middle name     Last name

Title     Attorney

Company     Bronstein, Gewirtz & Grossman LLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address     60 East 42nd STreet, Suite 4600

Number   Street

New York, NY 10165–1016

City   State   ZIP Code

Contact phone     646–382–7160     Email     soloveichik@bgandg.com

**EXHBIT A**

| INDIVIDUAL CLAIMANTS |
|---|
| 1.  Angel, Boruch |
| 2.  Baddiel, Dovid |
| 3.  Baddiel, Hannah |
| 4.  Ball, Alex |
| 5.  Bamberger, Maurice |
| 6.  Bamberger, Meir |
| 7.  Ben-David, Yechiel |
| 8.  Benedikt, Nomi |
| 9.  Benedikt, Yosef Zvi |
| 10. Ben-Shimon, Yaakov |
| 11. Ben-Zimra, Avraham |
| 12. Ben-Zimra, Rachel |
| 13. Berenshtein, Shlomo Zalman |
| 14. Biedermann, Michael |
| 15. Binyamini, Efraim |
| 16. Biton, Yehudit |
| 17. Brandwein, Moshe Yom Tov |
| 18. Cohen, Israel Meir |
| 19. Cohen-Arazi, Netanel |
| 20. Daskal, Shlomo Pinchas |
| 21. Elias, Sholom Mordechai |
| 22. Elkaim, Isaac |
| 23. Elkaim, Jakob |
| 24. Elkaim, Raphael Barouch |
| 25. Ernster, David Dov |
| 26. Fischer, Samuel |
| 27. Frenkel, Batsheva |
| 28. Gabai, Shmuel |
| 29. Galinsky, Elimelech |
| 30. Gelber, Moshe Chaim |
| 31. Geller, Anthony |
| 32. Glatstein, Yosef |
| 33. Goldman, Ester |
| 34. Goldschmied, Gabriel |
| 35. Grinfeld, Chezkel |
| 36. Groskopf, Pinchas |
| 37. Gross, Nathan |
| 38. Grossnass, Abraham Joshua |
| 39. Gutman, Yisrael David |
| 40. Halpern, Binyomin Mordechai |

| |
|---|
| 41. Halpern, David |
| 42. Halpern, Ya'akov Mordechai |
| 43. Hertzig, Yedidya |
| 44. Hirsch, Israel |
| 45. Hirsch, Tzivia |
| 46. Hirsch-Grunwald, Yvonne |
| 47. Honigsberg, Shmaryahu |
| 48. Itzkowitch, Raizl |
| 49. Jaffe, Esther Selma |
| 50. Jaffe, Gavriel Aryeh |
| 51. Jelen, Debra Gail |
| 52. Kahn, Pinchos |
| 53. Kahna, Haim Shmuel |
| 54. Kaplan, Israel J |
| 55. Katabi, Yinon |
| 56. Keyak, Rachel Bracha |
| 57. Klein, Elisheva |
| 58. Kohen, Hinda |
| 59. Koninski, Isaac |
| 60. Kraus, Moshe Bunim |
| 61. Kruskal, Dina Dvora |
| 62. Kruskal, Yisrael Meir |
| 63. Lavkovitch, Yechiel |
| 64. Lev, Miriam Chaya |
| 65. Lev, Avraham Yeshayahu |
| 66. Levi, Oved |
| 67. Levin, Yaakov |
| 68. Lichtig, Benzion |
| 69. Maimon, Simha |
| 70. Maimon, Yosef |
| 71. Masher, Meshulem |
| 72. Merel, Yakov Israel |
| 73. Merl, Ely |
| 74. Meyer, Mordechai Yaakov |
| 75. Meyer, Sara |
| 76. Michael, Elhanan |
| 77. Motzen, Hana |
| 78. Mozgo, Gavriel |
| 79. Muller, Michael |
| 80. Neufeld, Pinhas Dov |
| 81. Ollech, Burech |
| 82. Ollech, Duvid |
| 83. Ollech, Heini |
| 84. Ollech, Jakob |

| | |
|---|---|
| 85. Orlanchik, Mordechai Zeev | |
| 86. Paskas, Abraham | |
| 87. Posen, Daniel | |
| 88. Rubnitz, Haim Menachem | |
| 89. Ryness, Rivka | |
| 90. Schmerler, Naftali Zvi | |
| 91. Schonberg, Benjamin | |
| 92. Schonberg, Bertha Sara | |
| 93. Schonberg, Jacob | |
| 94. Schwarz, Abraham J. | |
| 95. Schwarz, David Meir | |
| 96. Shapiro, Chaim Bezalel | |
| 97. Shaya, Itamar | |
| 98. Shenker, Shimon | |
| 99. Shlezinger, Elazar David | |
| 100. | Shlezinger, Yosef Shlomo |
| 101. | Shlomo, Avishai Mishael |
| 102. | Shtauber, Avinoam |
| 103. | Shtauber, Malka |
| 104. | Shtern, Yossef |
| 105. | Siata Dishmaya LLC |
| 106. | Spitzer, Abraham |
| 107. | Spingarn, Ishak Aron |
| 108. | Spingarn, Lionel |
| 109. | Stein, Fishel |
| 110. | Stein, Menachem |
| 111. | Stein, Moshe |
| 112. | Stein, Moshe David |
| 113. | Stein, Netanel |
| 114. | Steinhaus, Debora Sara |
| 115. | Stern, Shifra |
| 116. | Stern, Yosef Shimon |
| 117. | Stern, Zvi |
| 118. | Stewart, Rachel |
| 119. | Stewart, Samuel |
| 120. | Strasser, David Shalom |
| 121. | Veichelder, Zevulun |
| 122. | Vinberg, Abraham |
| 123. | Weil, Elyashiv Menachem |
| 124. | Weingold, Yisrael Meir |
| 125. | Weiniger, Moshe Dovid |
| 126. | Weisman, Yosef Zvi |
| 127. | Weiss, Meir |
| 128. | Winegarten, Yehuda |

| 129. | Wizman, Yaakov |
| 130. | Yitshaki, David |
| 131. | Zakuta, Avraham |
| 132. | Zelivansky, Yehoshua Natan |
| 133. | Ryness David |
| 134. | Stern Eliyahu |

## LLC CLAIMANTS

| | |
| --- | --- |
| 1. | Bergen Operations LLC |
| 2. | Bushwick Operations LLC |
| 3. | 1285 Bushwick Operations LLC |
| 4. | Kingston Operations LLC |
| 5. | Jefferson Operations LLC |
| 6. | 369 Gates Operations LLC |
| 7. | 853 Lexington Operations LLC |
| 8. | 945 Park Place Operations LLC |
| 9. | 1078 Dekalb Operations LLC |
| 10. | 618 Lafayette Operations LLC |
| 11. | 74 Van Buren Operations LLC |
| 12. | 325 Franklin Operations LLC |
| 13. | 348 St Nicholas Operations LLC |
| 14. | 760 Willoughby Operations LLC |
| 15. | Slope Equities Operations LLC |
| 16. | 454 Central Avenue Operations LLC |
| 17. | 855 Dekalb Avenue Operations LLC |
| 18. | Willoughby Estates Operations LLC |
| 19. | 73 Empire Development Operations LLC |
| 20. | 980 Atlantic Holdings Operations LLC |
| 21. | 720 Livonia Operations LLC |
| 22. | 8 Maple Avenue Operations LLC |
| 23. | 1301 Putman Operations LLC |

## **EXHIBIT B**

| Investment Property | Holding Company | LLC Claimant and Member of Holding Company |
|---|---|---|
| 901 Bushwick Avenue, Brooklyn, NY 11221 | 901 Bushwick Avenue LLC | Bushwick Operations LLC |
| 908 Bergen Street, Brooklyn, NY 11238 | 908 Bergen Street LLC | Bergen Operations LLC |
| 106 Kingston Avenue, Brooklyn, NY 11213 | 106 Kingston LLC | Kingston Operations LLC |
| 1213 Jefferson Avenue, Brooklyn, NY11221 | 1213 Jefferson LLC | Jefferson Operations LLC |

| | | |
|---|---|---|
| 369 Gates Avenue, Brooklyn, NY 11216 | Gates Equity Holdings LLC | 369 Gates Operations LLC |

| 853 Lexington Avenue, Brooklyn, NY 11221 | 853 Lexington LLC | 853 Lexington Operations LLC |
|---|---|---|
| 945 Park Place, Brooklyn, NY 11213 | 945 Park Pl LLC | 945 Park Place Operations LLC |

| 1078 Dekalb Avenue, Brooklyn, NY 11221 | 1078 Dekalb LLC | 1078 Dekalb Operations LLC |
|---|---|---|
| 618 Lafayette Avenue, Brooklyn, NY, 11216 | 618 Lafayette LLC | 618 Lafayette Operations LLC |
| 74 Van Buren Street, Brooklyn, NY 11221 | 74 Van Buren LLC | 74 Van Buren Operations LLC |
| 325 Franklin Avenue, Brooklyn, NY 11238 | 325 Franklin LLC | 325 Franklin Operations LLC |
| 760-762 Willoughby Avenue, Brooklyn, NY 11206 | 762 Willoughby LLC | 760 Willoughby Operations LLC |

| 657-665A 5th Avenue, Brooklyn, NY 11215 | 657-665 5th Avenue LLC | Slope Equities Operations LLC |
| --- | --- | --- |
| 454 Central Avenue, Brooklyn, NY 11205 | 454 Central Avenue LLC | 454 Central Avenue Operations LLC |

| 855 Dekalb Avenue, Brooklyn, NY 11211 | 855 Dekalb Avenue LLC | 855 Dekalb Avenue Operations LLC |
|---|---|---|
| 525 Willoughby Avenue, Brooklyn, NY 11206 | Willoughby Estates LLC | Willoughby Estates Operations LLC |
| 73 Empire Boulevard, Brooklyn, NY 11225 | 73 Empire Development LLC | 73 Empire Development Operations LLC |

| 980 Atlantic Avenue, Brooklyn, NY 11238 | 980 Atlantic Holdings LLC | 980 Atlantic Holdings Operations LLC |
|---|---|---|
| 720 Livonia Avenue, Brooklyn, NY 11210 | 720 Livonia Development LLC | 720 Livonia Operations LLC |

| 8 Maple Avenue, Bay Shore, NY 11706 | CSY Holdings LLC | 8 Maple Avenue Operations LLC |
|---|---|---|
| 348 St. Nicholas Avenue, New York NY 10027 | 348 St. Nicholas LLC | 348 St. Nicholas Operations LLC |
| 1301 Putnam Avenue, Brooklyn, NY 11221 | 1301 Putnam LLC | 1301 Putnam Operations LLC |

## Members of LLC Claimants That Are Named as Individual
## Claimants Herein

**Bergen Operations LLC**
Gross Nathan
Halpern Binyomin Mordechai
Halpern David
Schonberg Benjamin

**Bushwick Operations LLC**
Bamberger Meir
Elias Sholom Mordechai
Halpern Binyomin Mordechai
Jelen Debra Gail
Ollech Heini
Schonberg Benjamin
Siata Dishmaya LLC

**1285 Bushwick**
Bamberger Meir
Elias Sholom Mordechai
Halpern Binyomin Mordechai
Jelen Debra Gail
Ollech Heini
Schonberg Benjamin
Siata Dishmaya LLC

| **Kingston Operations LLC** | **Jefferson Operations LLC** | **369 Gates Operations LLC** |
|---|---|---|
| Bamberger Meir | Baddiel Dovid | Baddiel Dovid |
| Elias Sholom Mordechai | Baddiel Hannah | Baddiel Hannah |
| Halpern Binyomin Mordechai | Halpern Binyomin Mordechai | Halpern Binyomin Mordechai |
| Jelen Debra Gail | Ollech Duvid | Ollech Duvid |
| Ollech Heini | Ryness Rivka | Ryness Rivka |
| Schonberg Benjamin | Schonberg Benjamin | Schonberg Benjamin |
| Siata Dishmaya LLC | Schonberg Bertha Sara | Schonberg Bertha Sara |
| | Schonberg Jacob | Schonberg Jacob |
| | Siata Dishmaya LLC | Siata Dishmaya LLC |

**853 Lexington Operations LLC**
Angel Boruch
Baddiel Dovid
Baddiel Hannah
Biton Yehudit
Brandwein Moshe Yom Tov
Cohen Israel Meir
Ernster David Dov
Goldschmied Gabriel
Halpern Binyomin Mordechai
Halpern David
Hertzig Yedidya
Kahna Haim Shmuel
Kohen Hinda
Koninski Isaac
Kraus Naftali
Kruskal Dina Dvora
Kruskal Yisrael Meir
Merel Yakov Israel
Posen Daniel
Rubnitz Haim Menachem
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Schwarz David Meir
Shlezinger Yosef Shlomo
Shlomo Avishai Mishael
Siata Dishmaya LLC
Spitzer Abraham
Steinhaus Debora Sara

**945 Park Place Operations LLC**
Biton Yehudit
Halpern Binyomin Mordechai
Koninski Isaac
Kraus Naftali
Kruskal Dina Dvora
Kruskal Yisrael Meir
Ollech Burech
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Siata Dishmaya LLC
Steinhaus Debora Sara
Weingold Yisrael Meir
Yitshaki David

**1078 Dekalb Operations LLC**
Biton Yehudit
Halpern Binyomin Mordechai
Koninski Isaac
Kruskal Yisrael Meir
Muller Michael
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Siata Dishmaya LLC
Steinhaus Debora Sara
Weingold Yisrael Meir
Yitshaki David
Zwiebel Chaja Chava

**618 Lafayette Operations LLC**
Biton Yehudit
Halpern Binyomin Mordechai
Koninski Isaac
Kruskal Dina Dvora
Kruskal Yisrael Meir
Muller Michael
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Siata Dishmaya LLC
Steinhaus Debora Sara
Weingold Yisrael Meir
Yitshaki David
Zwiebel Chaja Chava

**74 Van Buren Operations LLC**
Biton Yehudit
Brochsztat Shamai Shlomo Aryeh
Galinsky Elimelech
Halpern Binyomin Mordechai
Kraus Naftali
Kruskal Dina Dvora
Kruskal Yisrael Meir
Michael Elhanan
Schmerler Naftali Zvi
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Siata Dishmaya LLC

**325 Franklin Operations LLC**
Binyamini Efraim
Cohen Israel Meir
Gelber Moshe Chaim
Goldman Ester
Gross Nathan
Halpern Binyomin Mordechai
Keyak Rachel Bracha
Klein Elisheva
Kruskal Dina Dvora
Kruskal Yisrael Meir
Merel Yakov Israel
Michael Elhanan
Orlanchik Mordechai Zeev
Ryness Rivka
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Shlezinger Elazar David
Shtauber (Henig) Malka
Shtauber Avinoam
Siata Dishmaya LLC
Spitzer Abraham
Stein Fishel
Stein Menachem
Stein Moshe David
Stein Netanel
Steinhaus Debora Sara
Stern Shifra [Yosef Shimon Stern]
Stern Zvi [Yosef Shimon Stern]
Strasser David Shalom
Weiniger Moshe Dovid
Winegarten Yehuda
Zelivansky Yehoshua Natan

**348 St. Nicholas Operations LLC**
Binyamini Efraim
Biton Yehudit
Cohen Israel Meir
Daskal Shlomo Pinchas
Grinfeld Chezkel
Halpern Binyomin Mordechai
Halpern David
Hirsch Israel
Hirsch-Grunwald Yvonne
Jaffe Esther Selma
Kruskal Dina Dvora
Kruskal Yisrael Meir
Michael Elhanan
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Schwarz Abraham J.
Shapiro Chaim Bezalel
Shlezinger Elazar David
Shtauber (Henig) Malka
Shtauber Avinoam
Siata Dishmaya LLC
Spitzer Abraham
Stein Menachem
Stein Netanel
Steinhaus Debora Sara
Stern Shifra [Yosef Shimon Stern]
Stern Zvi [Yosef Shimon Stern]
Stewart Rachel
Stewart Samuel
Strasser David Shalom
Zelivansky Yehoshua Natan

**760 Willoughby Operations LLC**
Bamberger Meir
Binyamini Efraim
Biton Yehudit
Cohen Israel Meir
Daskal Shlomo Pinchas
Goldman Ester
Grinfeld Chezkel
Halpern Binyomin Mordechai
Halpern David
Hirsch Israel
Hirsch-Grunwald Yvonne
Jaffe Esther Selma
Kruskal Dina Dvora
Kruskal Yisrael Meir
Michael Elhanan
Mozgo Gavriel
Schonberg Benjamin
Schonberg Bertha Sara
Schonberg Jacob
Schwarz Abraham J.
Shapiro Chaim Bezalel
Shlezinger Elazar David
Shlezinger Yosef Shlomo
Shtauber (Henig) Malka
Shtauber Avinoam
Siata Dishmaya LLC
Spitzer Abraham
Stein Menachem
Stein Netanel
Steinhaus Debora Sara
Stern Shifra [Yosef Shimon Stern]
Stern Zvi [Yosef Shimon Stern]
Stewart Rachel
Stewart Samuel
Strasser David Shalom
Zelivansky Yehoshua Natan

**Slope Equities Operations LLC**
Baddiel Dovid
Baddiel Hannah
Ben-David Yechiel
Benedikt Nomi
Benedikt Yosef Zvi
Ben-Zimra Avraham
Ben-Zimra Rachel
Biedermann Michael
Cohen Israel Meir
Ehrentreu Mordche Dov
Elkaim Isaac
Elkaim Jakob
Elkaim Raphael Barouch
Frenkel Batsheva
Gabai Shmuel
Gelber Moshe Chaim
Halpern David
Hirsch Israel
Hirsch Tzivia
Hirsch-Grunwald Yvonne
Kaplan Israel J
Kraus Moshe Bunim
Lev (Ben-Simon) Miriam Chaya
Lev Avraham Yeshayahu
Levin Yaakov
Maimon Simha
Maimon Yosef
Meyer Mordechai Yaakov
Meyer Sara
Neufeld Pinhas Dov
Ollech Heini
Paskas Abraham
Schmerler Naftali Zvi
Shaya Itamar
Shlezinger Elazar David
Shtern Yossef
Siata Dishmaya LLC
Spingarn Ishak Aron
Stein Moshe David
Stein Netanel
Stern Eliyahu
Stewart Rachel
Stewart Samuel
Strasser David Shalom
Veichelder Zevulun
Weiss Meir

| **454 Central Avenue Operations LLC** | **855 Dekalb Avenue Operations LLC** | **Willoughby Estates Operations LI** |
|---|---|---|
| Baddiel Dovid | Baddiel Dovid | Bamberger Maurice |
| Baddiel Hannah | Baddiel Hannah | Bamberger Meir |
| Benedikt Nomi | Benedikt Nomi | Binyamini Efraim |
| Benedikt Yosef Zvi | Benedikt Yosef Zvi | Cohen Israel Meir |
| Brochsztat Shamai Shlomo Aryeh | Brochsztat Shamai Shlomo Aryeh | Daskal Shlomo Pinchas |
| Cohen Israel Meir | Cohen Israel Meir | Fischer Samuel |
| Frenkel Batsheva | Frenkel Batsheva | Halpern Binyomin Mordechai |
| Galinsky Elimelech | Galinsky Elimelech | Halpern Ya'akov Mordechai |
| Grossnass Abraham Joshua | Grossnass Abraham Joshua | Hirsch Israel |
| Halpern Binyomin Mordechai | Halpern Binyomin Mordechai | Hirsch-Grunwald Yvonne |
| Halpern David | Halpern David | Jaffe Esther Selma |
| Hirsch Israel | Hirsch Israel | Jaffe Gavriel Aryeh |
| Hirsch Tzivia | Hirsch Tzivia | Jelen Debra Gail |
| Hirsch-Grunwald Yvonne | Hirsch-Grunwald Yvonne | Katabi Yinon |
| Kahn Pinchos | Kahn Pinchos | Keyak Rachel Bracha |
| Katabi Yinon | Katabi Yinon | Klein Elisheva |
| Kraus Naftali | Kraus Naftali | Koninski Isaac |
| Michael Elhanan | Michael Elhanan | Lavkovitch Yechiel |
| Motzen (Rosenbaum) Hana | Motzen (Rosenbaum) Hana | Lichtig Benzion |
| Schmerler Naftali Zvi | Schmerler Naftali Zvi | Masher Meshulem |
| Schonberg Bertha Sara | Schonberg Bertha Sara | Ryness Rivka |
| Schonberg Jacob | Schonberg Jacob | Schonberg Bertha Sara |
| Shapiro Chaim Bezalel | Shapiro Chaim Bezalel | Schonberg Jacob |
| Siata Dishmaya LLC | Siata Dishmaya LLC | Schwarz Abraham J. |
| Steinhaus Debora Sara | Steinhaus Debora Sara | Shlezinger Elazar David |
| Stern Yosef Shimon | Stern Yosef Shimon | Siata Dishmaya LLC |
| Stewart Rachel | Stewart Rachel | Stein Moshe |
| Stewart Samuel | Stewart Samuel | Strasser David Shalom |
| Winegarten Yehuda | Winegarten Yehuda | Weingold Yisrael Meir |
| | | Weiniger Moshe Dovid |

| 73 Empire Development Operations | 980 Atlantic Holdings Operations | 720 Livonia Operations LLC |
| --- | --- | --- |
| Ball Alex | Baddiel Dovid | Baddiel Dovid |
| Elkaim Raphael Barouch | Baddiel Hannah | Baddiel Hannah |
| Frenkel Batsheva | Benedikt Nomi | Bamberger Maurice |
| Groskopf Pinchas | Benedikt Yosef Zvi | Berenshtein Shlomo Zalman |
| Halpern Binyomin Mordechai | Ben-Shimon Yaakov | Geller Anthony |
| Halpern David | Biton Yehudit | Glatstein Yosef |
| Hirsch Israel | Groskopf Pinchas | Gross Nathan |
| Hirsch-Grunwald Yvonne | Gross Nathan | Gutman Yisrael David |
| Honigsberg Shmaryahu | Halpern Binyomin Mordechai | Halpern Binyomin Mordechai |
| Katabi Yinon | Halpern David | Halpern David |
| Kohen Hinda | Itzkowitch Raizl | Kaplan Israel J |
| Muller Michael | Katabi Yinon | Keyak Rachel Bracha |
| Ollech Heini | Kohen Hinda | Kohen Hinda |
| Ollech Jakob | Levi Oved | Muller Michael |
| Ollech Jakob. | Michael Elhanan | Ryness David |
| Schonberg Benjamin | Ollech Heini | Schonberg Benjamin |
| Schonberg Bertha Sara | Schonberg Benjamin | Schonberg Bertha Sara |
| Schonberg Jacob | Schonberg Bertha Sara | Schonberg Jacob |
| Shaya Itamar | Schonberg Jacob | Shlezinger Elazar David |
| Shlezinger Elazar David | Shaya Itamar | Spingarn Ishak Aron |
| Siata Dishmaya LLC | Shenker Shimon | Stein Fishel |
| Stein Moshe | Spingarn Ishak Aron | Stein Moshe David |
| Stern Eliyahu | Spingarn Lionel | Stern Eliyahu |
| Stewart Rachel | Stern Eliyahu | Stewart Rachel |
| Stewart Samuel | Stern Yosef Shimon | Stewart Samuel |
| | Vinberg Abraham | |
| | Weisman Yosef Zvi | |
| | Winegarten Yehuda | |
| | Zelivansky Yehoshua Natan | |

**8 Maple Avenue Operations**   **1301 Putnam Operations LLC**

| 8 Maple Avenue Operations | 1301 Putnam Operations LLC |
|---|---|
| Ben-Shimon Yaakov | Elkaim Jakob |
| Cohen-Arazi Netanel | Elkaim Raphael Barouch |
| Elkaim Raphael Barouch | Gross Nathan |
| Ollech Heini | |
| Ollech Jakob. | |
| Shaya Itamar | |
| Shenker Shimon | |
| Weil Elyashiv Menachem | |
| Wizman Yaakov | |
| Zakuta Avraham | |

## STATEMENT OF CLAIM

1.  The Debtor took part in a massive scheme to defraud over 180 people, along with related corporate entities, out of more than $20,000,000 through the promotion of so-called "investments" in New York real estate. The claimants listed on Exhibit A (collectively, the "Claimants") are individuals (the "Individual Claimants")[1] and twenty-three limited liability companies (the "LLC Claimants") who comprise the substantial majority of the defrauded parties in number and dollar amount. The scheme was masterminded by Yechezkel Strulovitch ("Strulovitch") and Yechiel Oberlander ("Oberlander") (collectively, the "Individual Malefactors").

2.  Specifically, the Individual Malefactors persuaded numerous individuals – mostly foreigners – to "invest" collectively over $20 million in over twenty parcels of real property located in New York City (collectively, the "Investment Properties" and, individually, the "Investment Property"). Those Individual Claimants transferred their money based upon false representations that the Individual Malefactors made in prospectuses, including with respect to the properties' purchase price, and that the Funds would be used solely to purchase and renovate specific Investment Properties. In return for the transmittal of funds, the Individual Claimants would purchase  membership interests in an LLC Claimant. The LLC Claimants, in turn, were given 45 or 46 percent interests in one of twenty-two limited liability companies (collectively, the "Holding Companies" and, individually, a "Holding Company") that each held title to a respective Investment Property.[2]  CSRE LLC ("CSRE"), an entity wholly owned by the Individual Malefactors, owns the remaining 54 or 55 percent in each Holding Company.

---

[1] There is one limited liability company, Siata Dishmaya LLC, that is listed as an Individual Claimant, because it was an investor in an LLC Claimant; so, for the sake of clarity, it makes sense to include this limited liability company with the Individual Claimants.

[2] One LLC Claimant – 1285 Bushwick Operations LLC – never received an interest in a Holding Company, because the intended investment property was never purchased.

3.      The Individual Malefactors were the managers of the LLC Claimants until September 2019, when they were removed as managers by the LLC Claimants' members. The Individual Malefactors are the managers of the Holding Companies, with the exception of the Debtor and one other Holding Company.[3]

4.      Rather than use the funds to purchase and develop the Investment Properties, the Individual Malefactors diverted them to other limited liability companies controlled by the Individual Malefactors. These other companies included both (i) the Holding Companies and (ii) other entities (the "Secret LLCs") controlled by the Individual Malefactors that owned and developed properties (the "Secret Properties") in which the Individual Claimants and LLC Claimants held no interest. Some of the funds were diverted by the Individual Malefactors before the funds even reached the LLC Claimants' accounts. Likewise, even when funds reached the LLC Claimants' accounts, they were then diverted by the Individual Malefactors before the funds reached their respective Holding Companies. The funds were commingled in Strulovitch and Oberlander's personal accounts or other accounts controlled by them and then used for unrelated Holding Companies, in which the LLC Claimants had no ownership interest, and/or the Secret LLCs.

5.      The Debtor is one of the Holding Companies.

<u>Claimants' Claims</u>

6.      The Claimants' claims are based on unjust enrichment, conversion, and securities fraud. The Individual Malefactors diverted Funds from both the Individual Claimants *and* from the LLC Claimants. The Individual Malefactors improperly diverted those funds to, among others, the Debtor. The Debtor retained and used those funds for its own benefit or for the

---

[3] With respect to 657-665 5th Avenue LLC and Willoughby Estates LLC, CSRE transferred a small portion of their ownership interests to individual investors (included among the Individual Claimants), and those investors, together with the LLC Claimant, removed the Individual Malefactors as managers in September 2019.

benefit of other entities owned and/or controlled by the Individual Malefactors, and not for the benefit of the Claimants as intended.   The claims by the LLC Claimants are by the LLC Claimants directly; they are not being asserted derivatively on behalf of the LLC Claimants.

7.     First, Strulovitch and Oberlander improperly diverted the Claimants' funds to the Debtor.   Through its receipt and use of the Claimants' funds, the Debtor exercised dominion and control over personal property belonging to the Claimants, thereby interfering with the Claimants' right to possession of such property, to the Claimants' detriment.   Thus, the Claimants have a claim against the Debtor for conversion of their funds.

8.     Second, because the Debtor knowingly received and used the converted funds, the Debtor was wrongfully in possession of Claimants' funds and has received substantial benefits from the wrongful possession thereof.   Equity and good conscience require that the Debtor return the value of the funds to the Claimants.   Thus, the Claimants have a claim against the Debtor for unjust enrichment.

9.     Claimants cannot to specify how much money was diverted to each particular Holding Company – including the Debtor – from each particular Claimant, because Claimant needs discovery from the Debtor to ascertain those facts – especially in light of the general commingling of funds by the Individual Malefactors, the Holding Companies and the Secret LLCs.   Therefore, discovery is needed by the Claimants so that they can demonstrate at trial the precise amount of their Claims.

10.     Based on the Claims, the Debtors are indebted to Claimants for general unsecured liabilities.   The general unsecured liabilities are based on funds that were misappropriated to the Debtor from (i) the LLC Claimants, and (ii) funds from the Individual Claimants that were never placed in the LLC Claimants' accounts.

11.     In addition, one LLC Claimant, Willoughby Estates Operations LLC, has a claim against the Debtor for securities fraud.  The Individual Malefactors made misrepresentations, on behalf of the Debtor, about the Debtor to this LLC Claimant in connection with this LLC Claimant's purchase of membership interests in the Debtor.

12.     Exhibit B, annexed hereto, sets for the Holding Companies, the LLC Claimants that are members in the Holding Companies, and the Individual Claimants that are members in the LLC Claimants.