## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, I caused to be served a true and correct copy of a Notice of Appearance, dated May 11, 2011, and Objection Of CSRE, LLC and Yechezkel Strulovitch To Combined Disclosure Statement And First Amended Plan Of Liquidation, dated May 11, 2020 via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

/s/ Efrem Schwalb
Efrem Schwalb