BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Yitzchak Eliezer Soloveichik
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
soloveichik@bgandg.com
*Attorneys for the Claimants identified*
*on Exhibit A annexed hereto*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
WILLOUGHBY ESTATES LLC,             :        Case No.:  19-45886 (CEC)
                                                            :
                              Debtor,         :        Chapter 11
                                                            :
                                                            :
---------------------------------------------------------------------x

## CLAIMANTS' STATEMENT IN SUPPORT OF PLAN CONFIRMATION AND JOINDER IN DEBTOR'S RESPONSE TO CONFIRMATION OBJECTION

The Claimants identified on Exhibit A annexed hereto ("Claimants"), through their undersigned counsel, except as qualified below, (1) join in the Response to Confirmation Objection (ECF No. 116) filed by Debtor Willoughby Estates LLC (the "Debtor"); (2) oppose the Objection of CSRE, LLC and Yechezkel Strulovitch to Combined Disclosure Statement and First Amended Plan of Liquidation (ECF No. 109), which the Court should overrule; and (3) express their support in favor of confirmation of the Debtor's Combined Disclosure Statement and First Amended Plan of Liquidation, dated March 29, 2020 (ECF No. 99-2).  Notwithstanding the foregoing, Claimants do not accede to any limitation, qualification, or subordination of their claims other than the subordination of their claims to unsecured claim #3 of Silvercup

1

Scaffolding I LLC filed against the Debtor in this case.  This qualification, however, poses no

obstacle to the confirmation of the Debtor's plan of liquidation.

Dated: New York, New York
May 18, 2020

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

By:    /s/ Yitzchak Eliezer Soloveichik
       Yitzchak Eliezer Soloveichik (YS3684)
       60 East 42nd Street, Suite 4600
       New York, New York 10165
       (212) 697-6484
       soloveichik@bgandg.com
       *Attorneys for the Claimants identified*
       *on Exhibit A annexed hereto*

**EXHIBIT A**

| **INDIVIDUAL CLAIMANTS** |
| --- |
| 1.  Angel, Boruch |
| 2.  Baddiel, Dovid |
| 3.  Baddiel, Hannah |
| 4.  Ball, Alex |
| 5.  Bamberger, Maurice |
| 6.  Bamberger, Meir |
| 7.  Ben-David, Yechiel |
| 8.  Benedikt, Nomi |
| 9.  Benedikt, Yosef Zvi |
| 10. Ben-Shimon, Yaakov |
| 11. Ben-Zimra, Avraham |
| 12. Ben-Zimra, Rachel |
| 13. Berenshtein, Shlomo Zalman |
| 14. Biedermann, Michael |
| 15. Binyamini, Efraim |
| 16. Biton, Yehudit |
| 17. Brandwein, Moshe Yom Tov |
| 18. Cohen, Israel Meir |
| 19. Cohen-Arazi, Netanel |
| 20. Daskal, Shlomo Pinchas |
| 21. Elias, Sholom Mordechai |
| 22. Elkaim, Isaac |
| 23. Elkaim, Jakob |
| 24. Elkaim, Raphael Barouch |
| 25. Ernster, David Dov |
| 26. Fischer, Samuel |
| 27. Frenkel, Batsheva |
| 28. Gabai, Shmuel |
| 29. Galinsky, Elimelech |
| 30. Gelber, Moshe Chaim |
| 31. Geller, Anthony |
| 32. Glatstein, Yosef |
| 33. Goldman, Ester |
| 34. Goldschmied, Gabriel |
| 35. Grinfeld, Chezkel |
| 36. Groskopf, Pinchas |
| 37. Gross, Nathan |
| 38. Grossnass, Abraham Joshua |
| 39. Gutman, Yisrael David |

40. Halpern, Binyomin Mordechai
41. Halpern, David
42. Halpern, Ya'akov Mordechai
43. Hertzig, Yedidya
44. Hirsch, Israel
45. Hirsch, Tzivia
46. Hirsch-Grunwald, Yvonne
47. Honigsberg, Shmaryahu
48. Itzkowitch, Raizl
49. Jaffe, Esther Selma
50. Jaffe, Gavriel Aryeh
51. Jelen, Debra Gail
52. Kahn, Pinchos
53. Kahna, Haim Shmuel
54. Kaplan, Israel J
55. Katabi, Yinon
56. Keyak, Rachel Bracha
57. Klein, Elisheva
58. Kohen, Hinda
59. Koninski, Isaac
60. Kraus, Moshe Bunim
61. Kruskal, Dina Dvora
62. Kruskal, Yisrael Meir
63. Lavkovitch, Yechiel
64. Lev, Miriam Chaya
65. Lev, Avraham Yeshayahu
66. Levi, Oved
67. Levin, Yaakov
68. Lichtig, Benzion
69. Maimon, Simha
70. Maimon, Yosef
71. Masher, Meshulem
72. Merel, Yakov Israel
73. Merl, Ely
74. Meyer, Mordechai Yaakov
75. Meyer, Sara
76. Michael, Elhanan
77. Motzen, Hana
78. Mozgo, Gavriel
79. Muller, Michael
80. Neufeld, Pinhas Dov
81. Ollech, Burech
82. Ollech, Duvid
83. Ollech, Heini

| | |
|---|---|
| 84. | Ollech, Jakob |
| 85. | Orlanchik, Mordechai Zeev |
| 86. | Paskas, Abraham |
| 87. | Posen, Daniel |
| 88. | Rubnitz, Haim Menachem |
| 89. | Ryness, Rivka |
| 90. | Schmerler, Naftali Zvi |
| 91. | Schonberg, Benjamin |
| 92. | Schonberg, Bertha Sara |
| 93. | Schonberg, Jacob |
| 94. | Schwarz, Abraham J. |
| 95. | Schwarz, David Meir |
| 96. | Shapiro, Chaim Bezalel |
| 97. | Shaya, Itamar |
| 98. | Shenker, Shimon |
| 99. | Shlezinger, Elazar David |
| 100. | Shlezinger, Yosef Shlomo |
| 101. | Shlomo, Avishai Mishael |
| 102. | Shtauber, Avinoam |
| 103. | Shtauber, Malka |
| 104. | Shtern, Yossef |
| 105. | Siata Dishmaya LLC |
| 106. | Spitzer, Abraham |
| 107. | Spingarn, Ishak Aron |
| 108. | Spingarn, Lionel |
| 109. | Stein, Fishel |
| 110. | Stein, Menachem |
| 111. | Stein, Moshe |
| 112. | Stein, Moshe David |
| 113. | Stein, Netanel |
| 114. | Steinhaus, Debora Sara |
| 115. | Stern, Shifra |
| 116. | Stern, Yosef Shimon |
| 117. | Stern, Zvi |
| 118. | Stewart, Rachel |
| 119. | Stewart, Samuel |
| 120. | Strasser, David Shalom |
| 121. | Veichelder, Zevulun |
| 122. | Vinberg, Abraham |
| 123. | Weil, Elyashiv Menachem |
| 124. | Weingold, Yisrael Meir |
| 125. | Weiniger, Moshe Dovid |
| 126. | Weisman, Yosef Zvi |
| 127. | Weiss, Meir |

| 128. | Winegarten, Yehuda |
| 129. | Wizman, Yaakov |
| 130. | Yitshaki, David |
| 131. | Zakuta, Avraham |
| 132. | Zelivansky, Yehoshua Natan |
| 133. | Ryness David |
| 134. | Stern Eliyahu |

## LLC CLAIMANTS

| 1. | Bergen Operations LLC |
| 2. | Bushwick Operations LLC |
| 3. | 1285 Bushwick Operations LLC |
| 4. | Kingston Operations LLC |
| 5. | Jefferson Operations LLC |
| 6. | 369 Gates Operations LLC |
| 7. | 853 Lexington Operations LLC |
| 8. | 945 Park Place Operations LLC |
| 9. | 1078 Dekalb Operations LLC |
| 10. | 618 Lafayette Operations LLC |
| 11. | 74 Van Buren Operations LLC |
| 12. | 325 Franklin Operations LLC |
| 13. | 348 St Nicholas Operations LLC |
| 14. | 760 Willoughby Operations LLC |
| 15. | Slope Equities Operations LLC |
| 16. | 454 Central Avenue Operations LLC |
| 17. | 855 Dekalb Avenue Operations LLC |
| 18. | Willoughby Estates Operations LLC |
| 19. | 73 Empire Development Operations LLC |
| 20. | 980 Atlantic Holdings Operations LLC |
| 21. | 720 Livonia Operations LLC |
| 22. | 8 Maple Avenue Operations LLC |
| 23. | 1301 Putman Operations LLC |

## <u>CERTIFICATION OF SERVICE</u>

I, Yitzchak Eliezer Soloveichik, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By:    <u>/s/ Yitzchak Eliezer Soloveichik</u>
        Yitzchak Eliezer Soloveichik